**153** SMITH vs. CIRCUIT JUDGE (Wayne), 82 M., 93.

To compel respondent to allow an appeal from the report of commissioners on claims disallowing relator's claim against the estate of a deceased person.

Denied July 2, 1890, on the ground that it clearly appeared that the discretion imposed in respondent had not been abused.

**154** BUCHOZ (Admr.) vs. PRAY, 36 M., 429.

The duty of commissioners on claims in the Probate Court to report the proof of a contingent claim presented to them, is not judicial, but ministerial, and its omission cannot be remedied, rectified or redressed by appeal; its observance must be enforced by warrant (Comp. Laws 1871, Sec. 5200, How. Ann. Stat., Sec. 8544), or by mandamus, or by attachment, or the proof must be supplied, if necessary, in some special way.

**155** MILNE vs. CIRCUIT JUDGE (Wayne), No. 12478½.

To compel granting of leave to appeal from report of commissioners on claims.

Order to show cause denied January 5, 1892.

The last meeting of the commissioners was fixed for January 15, 1890. Report filed March 5, 1891. Application for leave to appeal made in October, 1891.

**156** COMSTOCK ET AL vs. CIRCUIT JUDGE (St. Clair), No. 13263, 95 M., 48.

To compel respondent to set aside an order dismissing an appeal from the Probate Court by consent of the appellant, and to permit relators, who were not parties to the appeal, although interested in the estate, to appear and prosecute.

Denied March 10, 1893, with costs.